IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


EDDIE ASH,

      Petitioner,

v.                                   CASE NO. 4:08-cv-00029-MP-WCS

JAMES R. MCDONOUGH,

      Respondent.

_____/

### O R D E R

      This matter is before the Court on Doc. 26, Motion for Extension of Time, filed by

Petitioner.  Petitioner requests another 30 days to supplement his objection to the Report and

Recommendation of the Magistrate Judge, which recommends that Petitioner's § 2254 petition

be denied.  Petitioner made the same request in his objection (Doc. 25), where he explained the

nature of the documents he hopes to file.  Upon consideration, the motion is GRANTED.

Petitioner has until Monday, April 13, 2009, to file a supplement to his objection.

      **DONE AND ORDERED** this __13th__ day of March, 2009


         *s/Maurice M. Paul*
         Maurice M. Paul, Senior District Judge